IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES CASTILLO ESCOBEDO,<br><br>    Petitioner,<br><br>    vs.<br><br>MICHAEL MARTEL,<br><br>    Respondent.<br>_____/ | 1:08-cv-01771-GSA  (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME  TO REPLY TO PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>(DOCUMENT #14)<br><br>THIRTY DAY DEADLINE |

On February 19, 2009, Respondent filed a motion to extend time to reply to Petitioner's opposition to Respondent's motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to reply to Petitioner's opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

Dated:   February 25, 2009              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE