IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES CASTILLO ESCOBEDO,<br><br>             Petitioner,<br><br>       vs.<br><br>MICHAEL MARTEL,<br><br>             Respondent.<br>_____/ | 1:08-cv-01771-GSA (HC)<br><br>ORDER GRANTING MOTION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(DOCUMENT #25) |

Petitioner is a state prisoner proceeding pro se with an appeal to the Ninth Circuit Court of Appeals of the dismissal by the United States District Court of his federal petition for writ of habeas corpus.

Petitioner has filed a motion to proceed in forma pauperis. Examination of these documents reveals that petitioner is unable to afford the costs of this action. See Rule 24(a)(1), Federal Rules of Appellate Procedure, and 28 U.S.C. § 1915. Accordingly, Petitioner's application to proceed in forma pauperis on appeal is GRANTED.

IT IS SO ORDERED.

Dated:   **July 6, 2009**             /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE